**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   DAVID MARSHALL GATES,              )   No. C 09-05408 JW (PR)
                                        )
12                  Plaintiff,          )   ORDER OF DISMISSAL WITH
                                        )   LEAVE TO AMEND; GRANTING
13          vs.                         )   EXTENSION OF TIME TO FILE
                                        )   COMPLETE *IN FORMA PAUPERIS*
14                                      )   APPLICATION
     WARDEN, et al.,                    )
15                                      )
                    Defendants.         )
16                                      )
                                        )
17   _____ )

18          On November 17, 2009, plaintiff filed a letter with this Court which opened

19   this action.  On the same day, the clerk of the Court sent a notification to plaintiff

20   that he must submit a complaint within thirty days or face dismissal of the action.

21   (Docket No. 2.)   On December 7, 2009, plaintiff filed a signed copy of this court's

22   form complaint, (Docket No. 5), but the complaint is deficient because plaintiff

23   failed to identify defendants, make a statement of his claims, and state the specific

24   relief desired.  (See Compl. at 2-3.)  Accordingly, this Court has no choice but to

25   dismiss the complaint with leave to amend.

26          The clerk also sent a notice to plaintiff directing him to either pay the filing

27   fee or file an In Forma Pauperis Application within thirty days or face dismissal.

28   (Docket No. 3.)  The notice included a copy of this court's In Forma Pauperis

United States District Court
For the Northern District of California

1    Application and a return envelope.  (Id.)  On December 7, 2009, plaintiff filed a

2    motion for leave to proceed in forma pauperis using the proper form.  (Docket No.

3    11.)  However, the application is insufficient because plaintiff did not complete the

4    form nor submit a Certificate of Funds in Prisoner's Account completed and signed

5    by an authorized officer at the prison and a copy of his prisoner trust account

6    statement showing transactions for the last six months.  (Docket No. 5.)  In the

7    interest of justice, the Court will extend the time for plaintiff to file a complete in

8    forma pauperis application.

9

10                                        **CONCLUSION**

11          For the foregoing reasons, the Court orders as follows:

12          1.       The complaint is DISMISSED with leave to amend.  Within **thirty**

13   **(30) days** of the date this order is filed, plaintiff shall file an amended complaint.

14   The amended complaint must include the caption and civil case number used in this

15   order and the words "AMENDED COMPLAINT" on the first page and write in the

16   case number for this action, Case No. C 09-05408 JW ( PR).

17          Plaintiff is advised that to state a claim under 42 U.S.C. § 1983, a plaintiff

18   must allege that a person acting under the color of state law committed a violation of

19   a right secured by the Constitution or laws of the United States.  West v. Atkins, 487

20   U.S. 42, 48 (1988).  Plaintiff must identify defendants by name and state how each

21   individual defendant violated a specific federal right.

22          2.       Plaintiff is granted an extension of time to file a complete in forma

23   pauperis application.  Plaintiff must submit the completed application along with the

24   necessary documents **within thirty (30) days** from the date this order is filed.

25          **Failure to respond in accordance with this order by filing an amended**

26   **complaint _and_ a complete in forma pauperis application will result in dismissal**

27   **of this case without prejudice and without further notice to plaintiff.**

28   ///

1        The Clerk shall include two copies of the court's complaint and two copies of

2  the court's <u>In Forma Pauperis</u> Application with a copy of this order to plaintiff.

3

4  DATED:   March 30, 2010

5                                      JAMES WARE
                                      United States District Judge

**United States District Court**

For the Northern District of California

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID M. GATES,

                Plaintiff,

  v.

WARDEN, et al.,

                Defendants.

———————————————————————/

Case Number: CV09-05408 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____3/31/2010_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Marshall Gates J-60908
Atascadero State Hospital
P. O. Box 7001
Atascadero, CA 93423

Dated: _____3/31/2010_____

                                    Richard W. Wieking, Clerk
                              /s/ By: Elizabeth Garcia, Deputy Clerk